IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JUAN CARLOS ROSA-CERROS | : | 8 U.S.C. § 1326(a) |
| a/k/a "Juan Carlos Rose-Cerros" | : | (Reentry of Removed Alien) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about May 8, 2018, in the District of Columbia, the defendant, JUAN CARLOS ROSA-CERROS, also known as JUAN CARLOS ROSE-CERROS, an alien, was found in the United States after having been removed therefrom on or about November 17, 2015, at or near Brownsville, Texas, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States.

**(Reentry of Removed Alien**, in violation of Title 8, United States Code, Section 1326(a))

A TRUE BILL

FOREPERSON

*Jessie K. Liu / KK*

Attorney of the United States in
and for the District of Columbia